IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME C. WOODS,<br>    Petitioner,<br><br>    v.<br><br>FAYETTE COUNTY COURT HOUSE,<br>et al.,<br>    Respondents. | 2:08cv1151<br>Electronic Filing |

## MEMORANDUM ORDER

AND NOW, this 25th day of September, 2008, after a petition for a writ of habeas corpus was filed by the petitioner, Jerome C. Woods, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted as the opinion of this Court,

IT IS ORDERED that the petition of Jerome C. Woods for a writ of habeas corpus is dismissed, without prejudice, for failure to exhaust the available state court remedies, and because no reasonable jurist could conclude that there is a basis for federal relief at this time, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

                                                            */s/ Cercone*
                                                          David Stewart Cercone
                                                          United States District Judge

cc:    Honorable Robert C. Mitchell
       United States Magistrate Judge

       Jerome C. Woods
       Fayette County Prison
       12 Court Street
       Uniontown, PA 15401